PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. Stanley R. Chesler |
| *Plaintiff,* | |
| v. | Criminal No. 03-533 |
| **ROBERTO REYNOSO ,** | |
| *Defendant,* | **GARNISHEE ORDER** |
| and | |
| **NUWEST LOGISTICS, LLC,**<br>**and its successors or assigns,** | |
| *Garnishee.* | |

An Application and Order for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal and accepted service by certified mail. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his

possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to defendant.

IT IS ORDERED that the garnishee pay **15%** of the defendant's net wages weekly to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.


DATED:

                                    HON. STANLEY R. CHESLER, JUDGE
                                    UNITED STATES DISTRICT COURT