

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700          general number: (973)645-2700
Newark, NJ 07102                     telephone number:(973) 645-2834
                                              fax number: (973) 645-3210
                                  e-mail:kelly.parker-battle@usdoj.gov

March 23, 2012

Hon. Stanley R. Chesler
Dr. Martin Luther King, Jr.
 Federal Building
50 Walnut Street
Newark, New Jersey  07102

        Re:    United States of America v. Roberto Reynosol
               Criminal Action No. 03-533

Dear Judge Chesler:

      We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

      Thank you for your assistance in this matter.

                Respectfully submitted,

                PAUL J. FISHMAN
                United States Attorney

      By:    KELLY C. PARKER-BATTLE
             Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler |
| *Plaintiff,* | Criminal No. 03-533 |
| v. | ORDER |
| ROBERTO REYNOSO, | |
| *Defendant,* | |
| and | |
| NUWEST LOGISTICS, LLC., and its successors or assigns, | |
| *Garnishee.* | |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN

for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

It is on this 4ᵗʰ day of April , 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is

hereby WITHDRAWN.

HON. STANLEY R. CHESLER
Judge, U.S. District Court